# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUOLOGY LLC, | Case No.: 2:24-cv-00446-APG-DJA |
| Plaintiff | **Order (1) to Show Cause Why This Case Should Not Be Dismissed and (2) Striking Certificate of Interested Parties** |
| v. | |
| BRIAN STANKO, | |
| Defendant | |

Plaintiff Truology LLC filed this case in this court based on diversity jurisdiction. ECF No. 1. Although Truology identifies its sole owner as Brianna Stanko, Truology does not identify her citizenship. Nor does it state whether there are any non-owner members of the LLC. Because I cannot determine whether complete diversity exists, I order Truology to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Additionally, I strike Truology's certificate of interested parties because it does not comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Truology as required by the amendment to that rule.

I THEREFORE ORDER that by March 26, 2024, plaintiff Truology LLC shall show cause why this action should not be dismissed for lack of subject matter jurisdiction. Failure to respond to this order by that date will result in dismissal.

I FURTHER ORDER that plaintiff Truology's certificate of interested parties (ECF No. 2) is STRICKEN.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that by March 26, 2024, plaintiff Truology LLC shall file a corrected certificate of interested parties.

DATED this 12th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE